UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    HOPE D. MOORE

CASE NO. 18-51551-TJT
CHAPTER 13
HONORABLE THOMAS J. TUCKER

    DEBTOR.
_____/

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**AFFIDAVIT OF DEFAULT**

STATE OF MICHIGAN)

COUNTY OF MACOMB)

    Craig S. Schoenherr, Sr. states as follows:

    1.    He is the attorney of record for Santander Consumer USA Inc. ("Creditor") in this matter.

    2.    The Creditor holds a valid, perfected security interest in a certain 2017 Ford Fusion bearing vehicle identification number 3FA6P0T96HR144931.

    3.    On November 19, 2019, an Order for Modification of the Automatic Stay and Co-Debtor Stay and Resolving Motion for Relief from the Automatic Stay was entered by this Court, requiring Debtor to make the following payments:

| Date | Payment |
|---|---|
| November 2, 2019: | the regular monthly payment of $484.73 |
| December 2, 2019: | $406.99 plus the regular monthly payment of $484.73 = $891.72 |
| January 2, 2020: | $406.99 plus the regular monthly payment of $484.73 = $891.72 |
| February 2, 2020: | $406.99 plus the regular monthly payment of $484.73 = $891.72 |
| March 2, 2020: | $406.99 plus the regular monthly payment of $484.73 = $891.72 |
| April 2, 2020: | $406.99 plus the regular monthly payment of $484.73 = $891.72 |
| May 2, 2020: | $406.99 plus the regular monthly payment of $484.73 = $891.72 |

4. The Order stated that if the Debtor failed to make any of the above payments, the Automatic Stay of 11 U.S.C. § 362 and Co-Debtor Stay of 11 U.S.C. § 1301 are terminated upon the submission of an Affidavit of Default to the Court and service of said Affidavit on the Trustee.

5. On November 10, 2020, the Creditor reviewed the Debtor's account, and the account was past due for the February 19, 2020, payment. Under the terms of the Order, the Debtor should have paid $5,835.05 between November 2, 2019, and May 2, 2020. The Debtor only paid $2,848.23, leaving a past due balance of $2,986.82.

6. The Debtor has failed to comply with the terms of the Order.

7. Upon the failure of the Debtor to comply with the terms of the Order, the Automatic Stay of 11 U.S.C. § 362 and Co-Debtor Stay of 11 U.S.C. § 1301 are terminated as to the interest of Santander Consumer USA Inc. in the 2017 Ford Fusion bearing Vehicle Identification Number 3FA6P0T96HR144931.

O'REILLY RANCILIO P.C.

/s/ Craig S. Schoenherr, Sr.
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: November 10, 2020