UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    HOPE D. MOORE                        CASE NO. 18-51551-TJT
                                                  CHAPTER 13
                                                  HONORABLE THOMAS J. TUCKER

                DEBTOR.
_____/
NOEL A. CIMMINO (P61176)
Attorney for Debtor
17515 West Nine Mile Road, Suite 420
Southfield, MI 48075
(248) 559-4055
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE OF AFFIDAVIT OF DEFAULT**

     CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on November 10, 2020, a copy of the Affidavit of Default and this Proof of Service was served upon:

| | |
|---|---|
| Noel Aaron Cimmino | Tammy L. Terry |
| Attorney for Debtor | Trustee |
| 17515 West Nine Mile Rd., Suite 420 | 535 Griswold, Suite 2100 |
| Southfield, MI 48075 | Detroit, MI 48226 |

electronically pursuant to the court notice of service, and to those not electronically registered by first class mail, postage fully prepaid thereon.

                                                        O'REILLY RANCILIO P.C.

                                                        */s/ Craig S. Schoenherr, Sr.*
                                                        CRAIG S. SCHOENHERR, SR. (P32245)
                                                        Attorney for Creditor
                                                        12900 Hall Road, Suite 350
                                                        Sterling Heights, MI  48313-1151
                                                        (586) 726-1000
                                                        ecf@orlaw.com

DATED:  November 10, 2020